RECEIVED
MAR 17 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD JOE BLACK (SANCTIONED/BARRED) | CIVIL ACTION 1:17CV303 |
| VERSUS | JUDGE DRELL |
| JUDGE CAMPBELL | MAGISTRATE JUDGE PEREZ-MONTES |

### MEMORANDUM ORDER

Before the court is a Complaint filed pursuant to 42 U.S.C. §1983 by pro se plaintiff, Harold Joe Black ("Plaintiff"). This Complaint was filed on February 19, 2017, and names Judge Campbell as defendant. Black was sanctioned by this court in Case No. 14-cv-822 and must first seek permission and approval from the Chief Judge before filing a new civil action.

Plaintiff comes before this court to ask for permission to file suit against First Judicial District Court ad hoc Judge Campbell for failing to allow him to appeal his state court action. Plaintiff has just recently filed the same allegations in case number 16-cv-1784, Black v. Campbell. In that action, Plaintiff filed a writ of mandamus for this court to order Judge Campbell to give Plaintiff permission to appeal his state court action. This Court denied Plaintiff's request for permission to file the Petition because the court lacked jurisdiction to hear the case.

The current Complaint filed by Plaintiff seeks permission to file a suit to order a state court judge to perform a duty. As in the previous case, it is well settled that federal courts have no general power to compel action by state officials. See Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988); Van Sickle v. Holloway, 791 F.2d 1431, 1436 n.5 (10th Cir. 1986); Russell v. Knight, 488 F.2d 96, 97 (5th Cir. 1973); Haggard v. State of Tennessee, 421 F.2d 1384, 1386 (6th Cir. 1970). Plaintiff's request to file the Complaint must be denied because this court lacks jurisdiction to hear the action.

ACCORDINGLY,

IT IS ORDERED that Plaintiff Harold Joe Black's Request for Permission to file the Complaint be **DENIED**.

ALEXANDRIA, LOUISIANA, this 17th day of March, 2017.

CHIEF JUDGE DEE D. DRELL
WESTERN DISTRICT OF LOUISIANA