U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 0 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

HAROLD JOE BLACK,
Plaintiff

CIVIL ACTION NO. 1:17-CV-00303

VERSUS

CHIEF JUDGE DRELL

JUDGE CAMPBELL,
Defendant

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Black's Motion to Proceed *in forma pauperis* on Appeal (Doc. 15) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 20 day of July, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT